UNITED STATES BANKRUPTCY COURT
Eastern District Of Missouri
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102–2734

IN RE:
CASE NO.: 08–41087 – A659

CHAPTER: 7

DEBTOR(s):
Charles R Hall Jr. – See below for reported alias information
xxx–xx–6272
Julie A Hall – See below for reported alias information
xxx–xx–5784

## FINAL DECREE

The Court finds that the trustee has performed all required duties in the administration of this case; that the Trustee has made distribution of all funds which came into the Trustee's possession as required by orders of this Court and has rendered a full and complete account thereof; and that the Trustee has performed all other and further duties required in the administration of this case; and that the estate of the above named debtor has been fully administered.

IT IS ORDERED that the report of said Trustee be and it is approved and allowed; that the Trustee be discharged and relieved of his trust; that the blanket bond of the Trustee, insofar as it applies to this estate, be canceled and the surety thereon be released from further liability, except any liability which may have accrued during the time such bond was in effect.

IT IS FURTHER ORDERED that the debtor is relieved of further responsibility for keeping this Court and the Trustee advised of his current mailing address.

IT IS FURTHER ORDERED that case is closed.

Dated: 2/10/09

*Kathy A Surratt-States*

**U.S.Bankruptcy Judge**

**Reported Alias Information:**
Charles R Hall Jr. –
Julie A Hall – Julie Ash

# CERTIFICATE OF NOTICE

```
District/off: 0865-4          User: lema              Page 1 of 1              Date Rcvd: Feb 10, 2009
Case: 08-41087                Form ID: as7fnl         Total Served: 2
```

The following entities were served by first class mail on Feb 12, 2009.
```
db          +Charles R Hall, Jr.,   16 Gocke Place,   Saint Louis, MO 63114-1328
db          +Julie A Hall,   16 Gocke Place,   Saint Louis, MO 63114-1328
```

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2009**                          **Signature:**   *Joseph Speetjens*